UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:13-cr-00190-SEB-TAB |
| | ) | -01 |
| JEFFREY J WILSON, | ) | |
| | ) | |
| Defendant. | ) | |

The Honorable Sarah Evans Barker, Judge
Entry for May 5, 2015

This cause is hereby scheduled for trial by jury as to this Defendant only on Tuesday, October 13, 2015 at 9:30 a.m. in Room 216 of the United States Courthouse in Indianapolis, Indiana.

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Marshals Service