# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 1:13-cr-00190-SEB-TAB-01 |
| Plaintiff, | ) |
| v. | ) |
| JEFFREY WILSON, | ) |
| Defendant. | ) |

## DEFENDANT JEFFREY WILSON'S REPLY TO GOVERNMENT'S RESPONSE IN OPPOSITION TO MOTION FOR A BILL OF PARTICULARS

Comes now Defendant Jeffrey Wilson, by and through counsel, and submits this reply to the Government's Response in Opposition to Motion for Bill of Particulars (Doc. 51). In its response, the government provided some of the requested particulars. During a conference call on July 20, 2015, attorneys for the government represented to undersigned counsel that they would provide the balance of the requested particulars on July 22, 2015. Based on the information provided and the assurance that the remaining requested particulars will be provided, Mr. Wilson hereby withdraws his Motion for a Bill of Particulars (Doc. 47).

Respectfully submitted,

*/s/ Thomas W. Farlow*
Thomas W. Farlow, #7908-49
Michele L. Anderson, #28923-49

FROST BROWN TODD LLC
201 N. Illinois St., Suite 1900
P.O. Box 44961
Indianapolis, IN 46244-0961
Telephone: 317-237-3844
Fax: 317-237-3900
tfarlow@fbtlaw.com
manderson@fbtlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of July, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Jake A. Schmidt
U.S. SECURITIES AND EXCHANGE
COMMISSION - Chicago
175 W. Jackson Blvd., Suite 900
Chicago, IL 60604
312-886-3284
Fax: 312-353-7398
schmidtj@sec.gov

Steven D. DeBrota
UNITED STATES ATTORNEY'S OFFICE
10 West Market Street, Suite 2100
Indianapolis, IN 46204
(317) 226-6333
Fax: (317) 226-6125
steve.debrota@usdoj.gov

Thomas T. Ballantine
US DEPARTMENT OF JUSTICE
ENVIRONMENTAL CRIMES SECTION
601 D. St NW, Room 2114
Washington, DC 20004
202-514-2956
Fax: 202-514-8865
thomas.ballantine@usdoj.gov

*/s/ Thomas W. Farlow*
Thomas W. Farlow

FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46244-0961
317-237-3844
Fax: 317-237-3900
tfarlow@fbtlaw.com
manderson@fbtlaw.com

0124907.0596917   4849-9778-8453v2