UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No.1:13-cr-190-SEB-TAB |
| | ) |
| JEFFREY WILSON and | ) |
| CRAIG DUCEY. | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF OBJECTIONS TO**
**PRELIMINARY PRESENTENCE INVESTIGATION REPORT**

Comes now Defendant CRAIG DUCEY, and hereby respectfully notices the Court and parties to this litigation that objections to the Preliminary Presentence Investigation Report of June 17, 2015 (Dkt 46) were filed with the report writer this day by Craig Ducey, by counsel, Theodore J. Minch, in the above captioned matter.

Dated:  Indianapolis, Indiana
             July 21. 2015

SOVICH MINCH, LLP,

By:      */s/ Theodore J. Minch*
            Theodore J. Minch (18798-49)
            Attorneys for Craig Ducey
            10500 Crosspoint Boulevard
            Indianapolis, Indiana 46055
            Telephone:  (317) 335-3601
            Facsimile:  (317) 335-3602
            E-Mail:  tjminch@sovichminch.com

## CERTIFICATE OF SERVICE

  This is to certify that a copy of the foregoing notice of objections was forwarded this day to the following party representatives for Plaintiff and Co-Defendants via electronic mail and this Court's electronic filing system this 21st day of July, 2015:

Jake A. Schmidt, Esq.
United States Securities and
  Exchange Commission
schmidtj@sec.gov

Steven D. DeBrota, Esq.
United States Attorney's Office
steve.debrota@usdoj.gov

Tom Ballantine, Esq.
United States Attorney's Office
Thomas.ballantine@usdoj.gov

Michael J. Donahoe, Esq.
Indiana Federal Community Defenders
mike.donahoe@fd.org

            */s/ Theodore J. Minch*_____
            Theodore J. Minch (IN#18798-49)
            SOVICH MINCH, LLP
            Attorneys for Craig Ducey, Defendant